# URGENT NOTICE

82,839-01

Official Notice from Douglas M. Jackson for the clerk Mr. or Mrs. abel acosta for the court of criminal appeals in Texas

On this day May 25, 2016 I am requesting for an update on the status of my 11.07 writ of Habeas corpus that has been recieved and presented to the court of criminal appeals of Texas.

Please send me any and all information regaurding my writ of Habeas corpus sir or ma'am.

＊TR.CT.NO. W 11-14835-U

WR-82,839-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 02 2016

Abel Acosta, Clerk